(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FAIR OAKS FOUNTAINS LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, et al.<br><br>Defendants. | Case No.  2:12-CV-02075-WBS-DAD<br><br>**ORDER AMENDING DATE OF INITIAL SCHEDULING CONFERENCE**<br><br>Judge: Hon. William B. Shubb |

      On November 6, 2012, the parties entered a Notice of Substitution of Counsel for Defendants and a Stipulation to Extend Time to Respond to the Initial Complaint.  That Stipulation gave Defendants until November 21, 2012 to respond to the Complaint.  Before present defense counsel were substituted into the case, the Court scheduled the Initial Scheduling Conference for November 26, 2012.

      The Substitution of Counsel and Stipulated Extension necessitates delaying the Initial Scheduling Conference.  Accordingly, the Initial Scheduling Conference is now reset for January 22, 2013 at 2:00 p.m. in Courtroom 5.   The parties shall file a Joint Status Report no later than January 8, 2013.  All other requirements from the Court's August 8, 2012 entry regarding the Initial

Scheduling Conference remain in effect consistent with this new date.

    IT IS SO ORDERED.

DATED:  November 14, 2012

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```