DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
BRIAN J. O'CONNOR, State Bar No. 1155159
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220
Email: jpc@diepenbrockcotter.com
       bjo@diepenbrockcotter.com

Attorneys for Plaintiffs
FAIR OAKS FOUNTAINS, LLC and FPI MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR OAKS FOUNTAINS, LLC, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, ET AL., <br><br> Defendants. | 2:12-CV-02075-WBS-DAD <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), so that the real party in interest, Public Service Mutual Insurance Company, may file an action based on a theory of subrogation to the claims of the plaintiff herein.

DATED: 12/26/13             DIEPENBROCK & COTTER, LLP

                                      */s/ Brian J. O'Connor*
                            By: _____
                                BRIAN J. O'CONNOR
                                Attorneys for Plaintiffs

1

DATED: 12/18/13

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By: ____*/s/ Jay A. Christofferson*_____
   JAY A. CHRISTOFFERSON
   Attorneys for Defendant

**SO ORDERED.**

**Dated:  January 8, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE